IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH MITSUYOSHI KANESHIRO (1); DENNIS KUNIYUKI MITSUNAGA (2); TERRI ANN OTANI (3); AARON SHUNICHI FUJII (4); CHAD MICHAEL MCDONALD (5); SHERI JEAN TANAKA (6),<br><br>Defendants. | CR. NO. 22-00048 JMS-WRP-6<br><br>ORDER DENYING DEFENDANT SHERI JEAN TANAKA'S MOTION FOR PARTIAL DISMISSAL OF FIRST SUPERSEDING INDICTMENT BASED ON STATUTE OF LIMITATIONS, ECF NO. 120 |

### ORDER DENYING DEFENDANT SHERI JEAN TANAKA'S MOTION FOR PARTIAL DISMISSAL OF FIRST SUPERSEDING INDICTMENT BASED ON STATUTE OF LIMITATIONS, ECF NO. 120

For the reasons stated on the record at the February 28, 2023 hearing, ECF No. 167, Defendant Sheri Jean Tanaka's Motion for Partial Dismissal of First Superseding Indictment Based on Statute of Limitations, ECF No. 120—to which Defendant Dennis Kuniyuki Mitsunaga (ECF No. 132), Chad Michael McDonald (ECF No. 140), Defendant Terri Ann Otani (ECF No. 143), Defendant Keith M. Kaneshiro (ECF No. 148), and Defendant Aaron Shunichi Fujii (ECF No. 149), filed joinders—is DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 1, 2023.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States of America v. Kaneshiro, et al.*, Cr. No. 22-cr-00048 JMS-WRP-6, Order Denying Defendant Sheri Jean Tanaka's Motion for Partial Dismissal of First Superseding Indictment Based on Statute of Limitations, ECF NO. 120