SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 26, 2024, 4:00 pm
Lucy H. Carrillo, Clerk of Court

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>　　　　　　　　　Defendants. | UNSEALED BY ORDER OF THE COURT<br>DATE: 2/17/2026, see ECF No. 5,<br>　　　　　MC 26-00010 SASP-KJM<br><br>CR. No. 22-00048-TMB-WRP<br><br>ORDER GRANTING THE UNITED STATES' MOTION TO SEAL AND GRANTING REQUEST FOR PROTECTIVE ORDER<br><br>**FILED UNDER SEAL** |

　　The United States seeks to file a motion under seal requesting that the Court issue an order sealing (1) the Motion to Seal itself; (2) the United States' Notice attached to its Motion to Seal; and (3) the Court's Order on the United States' Motion to Seal.

　　The Court *sua sponte* construes this Motion to be made pursuant to Hawaii Local Criminal Rule 5.2(b). For the reasons set forth in the United States' Motion, the Court finds good cause for sealing the foregoing documents. Specifically, the Court finds that the interest of confidentiality in the details outlined in the United States' Motion and Notice outweighs the public's interest in open proceedings. Accordingly, the Court GRANTS the United States' Motion in full.  The Motion,

the United States' Notice, and the Court's Order Granting the Motion shall be filed under seal pending further order of the Court.

In addition, good cause appearing in the United States' Motion and Notice, the Court GRANTS the United States' request for a protective order and hereby ORDERS that access to the foregoing documents must be restricted to the attorneys of record in this case ("ATTORNEYS' EYES ONLY"), and any reference to the foregoing documents and its contents shall be filed under seal until further order of the Court.

IT IS SO ORDERED.

DATED: January 26, 2024.

>                    /s/  *Timothy M. Burgess*
>                    TIMOTHY M. BURGESS
>                    UNITED STATES DISTRICT JUDGE