UNSEALED BY ORDER OF THE COURT
DATE: 2/17/2026, ECF No. 5,
_____
MC 26-00010 SASP-KJM

Nina Marino (CA SBN 142815)
marino@kaplanmarino.com
Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046
*Attorney for Defendant*
*Dennis Kuniyuki Mitsunaga*

Birney B. Bervar (HI SBN 005482)
bbb@bevar-jones.com
Bervar & Jones
1100 Alakea Street, 20th Floor
Honolulu, HI 96813
*Attorney for Defendant*
*Keith Mitsuyoshi Kaneshiro*

Thomas M. Otake (HI SBN 007622)
thomas@otakelaw.com
Thomas M. Otake AAL, ALC
851 Fort Street Mall, Suite 400
Honolulu, HI 96813
*Attorney for Defendant*
*Chad Michael McDonald*

Doris Lum (HI SBN 008365)
doris@dorislumlaw.com
Law Office of Doris Lum, LLC
1001 Bishop Street, Suite 710
Honolulu, HI 96813
*Attorney for Defendant*
*Terri Ann Otani*

Andrew M. Kennedy (HI SBN 009734)
Andrew@kona-lawyer.com
Schlueter Kwiat & Kennedy LLP
Atrium Court
75-167 Kalani St, Ste. 201
Kailua Kona, HI 96740
*Attorney for Defendant*
*Aaron Shunichi Fujii*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEITH MITSUYOSHI KANESHIRO (1), <br> DENNIS KUNIYUKI MITSUNAGA (2), <br> TERRI ANN OTANI (3), <br> AARON SHUNICHI FUJII (4), <br> CHAD MICHAEL MCDONALD (5), <br> SHERI JEAN TANAKA (6), <br> Defendants. | Case No. CR-22-00048-TMB-NC <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> Judge: Hon. Timothy M. Burgess <br> Trial Date: March 12, 2024 <br><br> **[UNDER SEAL]** |

Nina Marino (CA SBN 142815)
marino@kaplanmarino.com
Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046

*Attorney for Defendant*
*Dennis Kuniyuki Mitsunaga*

Birney B. Bervar (HI SBN 005482)
bbb@bevar-jones.com
Bervar & Jones
1100 Alakea Street, 20th Floor
Honolulu, HI 96813

*Attorney for Defendant*
*Keith Mitsuyoshi Kaneshiro*

Thomas M. Otake (HI SBN 007622)
thomas@otakelaw.com
Thomas M. Otake AAL, ALC
851 Fort Street Mall, Suite 400
Honolulu, HI 96813

*Attorney for Defendant*
*Chad Michael McDonald*

Doris Lum (HI SBN 008365)
doris@dorislumlaw.com
Law Office of Doris Lum, LLC
1001 Bishop Street, Suite 710
Honolulu, HI 96813

*Attorney for Defendant*
*Terri Ann Otani*

Andrew M. Kennedy (HI SBN 009734)
Andrew@kona-lawyer.com
Schlueter Kwiat & Kennedy LLP
Atrium Court
75-167 Kalani St, Ste. 201
Kailua Kona, HI 96740

*Attorney for Defendant*
*Aaron Shunichi Fujii*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br>Defendants. | Case No. CR-22-00048-TMB-NC<br><br>**DEFENDANTS' MOTION TO SEAL (1) THIS MOTION ITSELF; (2) UNREDACTED JOINDER TO DEFENDANT SHERI J. TANAKA'S UNDER SEAL MOTION TO SEVER TRIAL FROM CO-DEFENDANTS; (3) UNREDACTED RESPONSE IN OPPOSITION TO DEFENDANT SHERI J. TANAKA'S SEALED MOTION TO CONTINUE TRIAL DATE (4) THE COURT'S ORDER ON THIS MOTION; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br>Trial Date: March 12, 2024 |

Defendants Keith M. Kaneshiro, Dennis K. Mitsunaga, Terri A. Otani, Aaron S. Fujii, and Chad M. Mcdonald ("Defendants") hereby file this Motion to Seal (1) this Motion itself; (2) Joinder to Defendant Sheri J. Tanaka's under seal Motion to Sever Trial from Co-Defendants; (3) Response in Opposition to Defendant Sheri J. Tanaka's Sealed Motion to Continue Trial Date (4) the Court's order on this Motion (collectively, "Sensitive Documents").

Defendants file this Motion pursuant to, and in compliance with, the Court's sealed order dated February 6, 2024 (ECF 400). The Sensitive Documents discuss, refer, cite, or allude to under seal materials in connection with an ongoing non-public criminal investigation, the disclosure of which may jeopardize the investigation itself as well as the safety or witnesses. Public access to information concerning open proceedings is outweighed by the necessity of confidentiality in the details of the Sensitive Documents.

DATED:  February 8, 2024                    Respectfully submitted,

                                            KAPLAN MARINO, PC

                                            By:   /s/ Nina Marino
                                                NINA MARINO
                                                Attorney for Defendant
                                                Dennis Kuniyuki Mitsunaga

BERVAR & JONES                              SCHLUETER KWIAT & KENNEDY LLP

By: /s/ Birney B. Bervar                    By:   /s/ Andrew M. Kennedy
    BIRNEY B. BERVAR                            ANDREW M. KENNEDY
    Attorney for Defendant                      Attorney for Defendant
    Keith Mitsuyoshi Kaneshiro                  Aaron Shunichi Fujii

LAW OFFICE OF DORIS LUM, LLC     THOMAS M. OTAKE AAL, ALC

By:   */s/ Doris Lum*         By: */s/ Thomas M. Otake*
     DORIS LUM                     THOMAS M. OTAKE
     Attorney for Defendant        Attorney for Defendant
     Terri Ann Otani               Chad Michael McDonald

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-22-00048-TMB-NC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KEITH MITSUYOSHI KANESHIRO (1), DENNIS KUNIYUKI MITSUNAGA (2), TERRI ANN OTANI (3), AARON SHUNICHI FUJII (4), CHAD MICHAEL MCDONALD (5), SHERI JEAN TANAKA (6), | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** was served electronically through CM/ECF:

Attorneys for the Government:

MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI G. CHOPRA
COLIN M. MCDONALD
ANDREW Y. CHING

Attorneys for the Defendants:

BIRNEY BEVAR

DORIS LUM
ANDREW KENNEDY
THOMAS OTAKE
MARK MERMELSTEIN
ANDY COWEN
CRYSTAL GLENDON


        DATED:  at Los Angeles, California, on February 8, 2024.


                        /s/   Nina Marino
                        NINA MARINO
                        Attorney for Defendant
                        DENNIS KUNIYUKI MITSUNAGA