UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: _____   Case No. _____

Presiding District or Magistrate Judge: _____

Media Outlet: _____

Representative(s): _____

Email Address To Send Completed Request Form: _____

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|------|------|--------------|
|      |      |              |
|      |      |              |
|      |      |              |
|      |      |              |
|      |      |              |

DATED: _____   SIGNATURE: *Jennifer Kelleher*

PRINTED NAME: _____

IT IS SO ORDERED.

☒ APPROVED     ☐ APPROVED AS MODIFIED     ☐ DENIED

DATED: February 23, 2024     /s/ *Timothy M. Burgess*