MERRICK B. GARLAND
Attorney General
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Colin.McDonald@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | CR No. 22-00048-TMB-NC<br><br>UNITED STATES' MOTION TO FILE UNREDACTED BRIEF REGARDING MAI'S ASSERTION OF ATTORNEY-CLIENT PRIVILEGE AND EXHIBITS 1-3 UNDER SEAL |

The United States' Brief Regarding MAI's Assertion of Attorney-Client Privilege and Exhibits 1-3 attached to the United States' brief includes material from the grand jury investigation in the above-captioned case. Accordingly, given the brief and attachments describe matters occurring before the grand jury, in an abundance of caution, the United States moves to file its unredacted brief and

Exhibits 1-3 under seal pursuant to Fed. R. Crim. P. 6(e). The United States has filed a redacted version of its brief in the public docket at ECF No. 643.

Dated: April 8, 2024                    Respectfully submitted,

                                        MERRICK B. GARLAND
                                        Attorney General

                                        */s/ Colin M. McDonald*
                                        MICHAEL G. WHEAT
                                        JOSEPH J.M. ORABONA
                                        JANAKI G. CHOPRA
                                        COLIN M. MCDONALD
                                        ANDREW Y. CHIANG
                                        Special Attorneys of the United States

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>                    Defendants. | CR No. 22-00048-TMB-NC<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Colin M. McDonald, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893. I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2024        */s/ Colin M. McDonald*
                                    COLIN M. MCDONALD

3