LAW OFFICE OF DORIS LUM
DORIS LUM 8365
1001 BISHOP STREET, SUITE 710
HONOLULU, HI 96813
PHONE:  (808) 762-7644
EMAIL:  doris@dorislumlaw.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRI ANN OTANI (3),<br><br>Defendant. | CR. NO. 22-00048-TMB<br><br>DEFENDANT TERRI ANN OTANI'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER [ECF. No. 662]; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Timothy M. Burgess |

**DEFENDANT TERRI ANN OTANI'S RESPONSE TO
GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT
OF PROTECTIVE ORDER [ECF No. 662]**

Defendant Terri Ann Otani, by and through her counsel, Doris Lum, hereby responds to the Government's Emergency Motion for Enforcement of Protective Order [ECF No. 662] as follows:

Neither Defendant Otani nor her Counsel were involved in any alleged violations of the protective order as raised by the Government in its Emergency

Motion.  Therefore, Defendant Otani requests that any sanction this Court decides to impose on any responsible party as a result of the Government's Emergency Motion be crafted in such a way that it does not interfere with or affect her right to a fair trial, does not prejudice her before the jury in any way, and does not cause a delay in the trial that could lead to losing jurors who have been given a specific anticipated end date for their service.

DATED:  Honolulu, Hawai`i, on April 15, 2024.

/ s / Doris Lum
DORIS LUM
Attorney for Defendant
TERRI ANN OTANI  (3)